**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| PHILIP HUGHES, | ) | |
|     Plaintiff, | ) | |
| v. | ) | 3:16-cv-00028-RCJ-WGC |
| BACA et al., | ) | **ORDER** |
|     Defendants. | ) | |

**I.  DISCUSSION**

Plaintiff, who is a prisoner in the custody of the Nevada Department of Corrections ("NDOC"), has submitted a civil rights complaint pursuant to 42 U.S.C. § 1983. (ECF No. 1-1). Plaintiff has neither paid the full filing fee for this matter nor filed an application to proceed *in forma pauperis*.

Pursuant to 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, Plaintiff must complete an application to proceed *in forma pauperis* and attach both an inmate account statement for the past six months and a properly executed financial certificate. The Court will retain Plaintiff's civil rights complaint (ECF No. 1-1), but will not file it until the matter of the payment of the filing fee is resolved. Plaintiff will be granted an opportunity to file an application to proceed *in forma pauperis*, or in the alternative, pay the full filing fee for this action. If Plaintiff chooses to file an application to proceed *in forma pauperis* he must file a fully complete application to proceed *in forma pauperis*.

**II.  CONCLUSION**

For the foregoing reasons, IT IS ORDERED that the Clerk of the Court SHALL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a prisoner, as well as

1  the document entitled information and instructions for filing an *in forma pauperis* application.

2      IT IS FURTHER ORDERED that within **thirty (30) days** from the date of this order,
3  Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis*, on the
4  correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or
5  (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50
6  administrative fee).

7      IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order,
8  dismissal of this action may result.

9      IT IS FURTHER ORDERED that the Clerk of the Court shall retain the complaint (ECF
10 No. 1-1), but shall not file it at this time.

12     DATED: This  25th  day of January, 2016.

14                                     William G. Cobb
                               United States Magistrate Judge